UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HOWARD WALTER THOMAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | 3:10-cv-22 |
| | ) | *Judge Phillips* |
| | ) | |
| HAROLD CARLTON, Warden, | ) | |
| | ) | |
| *Respondent.* | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

 s/ Thomas W. Phillips
 United States District Judge

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT